STANLEY B. SEVERANCE, Appellant, *v.* BURTON C. SEVERANCE et al., Respondents.

(Argued October 16, 1935; decided November 19, 1935.)

*Donald C. Hawkes, Frederick Collin* and *Frederick E. Hawkes* for appellant.

*James E. Personius* and *Levi Ginsburg* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS and FINCH, JJ. Dissenting: CRANE, Ch. J., and LOUGHRAN, J. Not sitting: CROUCH, J.